UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent, *v.* BOROUGH BANK OF BROOKLYN et al., Appellants.

*U. S. Fidelity & Guaranty Co.* v. *Borough Bank of Brooklyn,* 161 App. Div. 479, affirmed.

(Submitted October 13, 1914; decided November 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 13, 1914, in favor of plaintiff, upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to whether the plaintiff is entitled to a preference and priority of payment in the distribution of the assets of the Borough Bank of Brooklyn, by reason of the fact that it claims, as surety to the state of New York, to be subrogated to the right of preference of the state.

*Jeremiah T. Mahoney, Robert F. Wagner* and *Warren C. Fielding* for appellants.

*James A. O'Gorman, H. Snowden Marshall, Leonidas Dennis* and *Isaac H. Levy* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.